# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHEAN MARCO TRAVI CAEBAJAL,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. 2:26-cv-00894-KES-EPG-HC<br><br>ORDER GRANTING RESPONDENTS' MOTION FOR LEAVE TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION OUT OF TIME<br><br>(ECF No. 19) |

Respondents have requested leave to file their objections to the findings and recommendation out of time due to technical difficulties accessing PACER and CM/ECF. (ECF No. 19.)

The motion for extension of time (ECF No. 19) is GRANTED.

IT IS SO ORDERED.

Dated: **October 16, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE